IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:18-cv-01943-PAB-KLM

LOENBRO INSPECTION, LLC,
a Montana LLC

       Plaintiff,

v.

SCOTT SOMMERFIELD, JASON MAHONEY,
BRANDON CAMPOS, and TRISPEC, LLC,
a Colorado LLC

       Defendants.

---

## NOTICE OF SETTLEMENT

      Plaintiff Loenbro Inspection, LLC and Defendants Scott Sommerfield, Jason Mahoney, Brandon Campos, and Trispec LLC (collectively, the "Parties"), by and through their respective counsel, hereby notify the Court that the Parties have arrived at a mutually-agreeable settlement offer and are in the process of drafting a formal settlement agreement in the above-entitled matter.

1. The Parties anticipate entering into a settlement agreement, and thereafter the Parties anticipate filing a Motion for Dismissal and Entry of Permanent Injunction resolving this action.

2. The Parties respectfully request a deadline of January 11, 2019, to file a Motion for Dismissal and Entry of Permanent Injunction.

3. To conserve the Parties' and the Court's time and resources, the Parties further request that the Court vacate the Scheduling/Planning Conference currently set in this matter for December 12, 2018 at 11:00 a.m., and stay all proceedings pending the filing of the dismissal documents.  In the event that they are not able to reach a final settlement agreement, the Parties will notify the Court and request that the scheduled deadlines and dates be reset.

Respectfully submitted this 11th day of December, 2018.

s/ Asa Garber
Asa Garber
MCCARTHY GARBER LAW, LLC
501 S. Cherry Street, Suite 1100
Denver, Colorado 80246
Telephone:  (720) 504-5294
Email:  asa@mccarthygarberlaw.com

**Attorney for Defendants Scott
Sommerfield, Jason Mahoney,
Brandon Campos, and Trispec LLC**

s/ Ben D. Kappelman
Ben D. Kappelman
Briana Al Taqatqa
DORSEY & WHITNEY LLP
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone:  (612) 340-2600
Email:  kappelman.ben@dorsey.com
Email:  altaqatqa.briana@dorsey.com

Stephen D. Bell
DORSEY & WHITNEY LLP
1400 Wewatta Street,
Suite 400
Denver, CO 80202
Telephone:  (303) 629-3400
Email:  bell.steve@dorsey.com

Gabrielle M. Wirth
DORSEY & WHITNEY LLP
600 Anton Boulevard, Suite 2000
Costa Mesa, CA 92626
Telephone:  (714) 800-1400
Email:  wirth.gabrielle@dorsey.com

**Attorneys for Plaintiff
Loenbro Inspection, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2018, I caused the foregoing document, titled **NOTICE OF SETTLEMENT** to be filed with the Clerk of Court using the CM/ECF system, which will send notification of the availability of such document by electronic mail to the following recipients:

Asa Garber
McCarthy Garber Law, LLC
501 S. Cherry Street, Suite 1100
Denver, Colorado 80246
Email:  asa@mccarthygarberlaw.com

*s/ Ben D. Kappelman*
Ben D. Kappelman
Dorsey & Whitney LLP