IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Civil Action No. 18-cv-01943-PAB

LOENBRO INSPECTION, LLC, a Montana LLC,

    Plaintiff,

v.

SCOTT SOMMERFIELD,
JASON MAHONEY,
BRANDON CAMPOS, and
TRISPEC LLC, a Colorado LLC,

    Defendants.

## ORDER

This matter is before the Court on the Joint Stipulated Motion for Dismissal and Permanent Injunction filed by plaintiff Loenbro Inspection, LLC and defendants Scott Sommerfield, Jason Mahoney, Brandon Campos, and Trispec LLC (collectively, "defendants") [Docket No. 60]. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1367.

On August 2, 2018, this Court entered an order granting in part and denying in part plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction [Docket No. 6]. Docket No. 17. The order entered a temporary restraining order, expiring August 16, 2018, enjoining defendants and all of their affiliated entities, agents, representatives, employees, attorneys, and other persons acting or purporting to act on their behalf or in active concert or participation with them from possessing, using, copying, or disclosing plaintiff's and its affiliates' setup files for the OmniScan MX2

PAUT device.  *Id.* at 5.

On September 9, 2018, the parties filed a Joint Motion to Enter Preliminary Injunction [Docket No. 46].  The Court entered an order granting that motion.  Docket No. 52.  The preliminary injunction enjoined defendants and all affiliated entities, agents, representatives, employees, and other persons acting, or purporting to act, on their behalf or in active concert or participation with them from using, copying, or disclosing (except to defendants' attorneys and plaintiff) plaintiff's and its affiliates' setup files for the OmniScan MX2 PAUT device.  *Id.* at 1.

In their Joint Motion for Dismissal and Permanent Injunction, the parties state they have entered into a settlement agreement and request that the Court dismiss all claims and counterclaims in this action and enter a permanent injunction incorporating the terms of the previously entered preliminary injunction [Docket No. 17].  Docket No. 60 at 2, ¶ 3.

The Court has carefully reviewed the motion and is otherwise fully advised of the premises.  Wherefore, it is

**ORDERED** that the parties' Joint Stipulated Motion for Dismissal and Permanent Injunction [Docket No. 60] is **GRANTED**.  It is further

**ORDERED** that defendants and all affiliated entities, agents, representatives, employees, and other persons acting, or purporting to act, on their behalf or in active concert or participation with them, are **ENJOINED** and **RESTRAINED** from using, copying, or disclosing (except to defendants' attorneys) plaintiff's and its affiliates' setup files for the OmniScan MX2 PAUT device.  It is further

**ORDERED** that defendants shall advise and notify each employee, agent, contractor, affiliate, and other person acting on their behalf of this Order. It is further

**ORDERED** that if an action is brought to enforce the terms of this injunction, the prevailing party shall be awarded its attorneys' fees, expenses, and costs (including costs of appeals incurred in enforcing this injunction). It is further

**ORDERED** that all claims, counterclaims, and prayers for relief in this action are **DISMISSED WITH PREJUDICE**, with each party bearing its own attorneys' fees and costs incurred as of the date of this Order. It is further

**ORDERED** that plaintiff's Motion to Dismiss Defendants' Counterclaim Count IV [Docket No. 49] is **DENIED AS MOOT**. It is further

**ORDERED** that this case is closed.

DATED April 9, 2019.

BY THE COURT:

　s/Philip A. Brimmer　　　　　　　　
PHILIP A. BRIMMER
Chief United States District Judge